**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Sigma Builders Group, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **11-3543604** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**30-29 Steinway Street**<br>**Astoria, NY 11103**<br>Number, Street, City, State & ZIP Code<br><br>**Queens**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | .   *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signature** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January  4, 2016**
              MM / DD / YYYY

**X** **/s/ Margarita Vlahos**                                    **Margarita Vlahos**
Signature of authorized representative of debtor                   Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Wayne M. Greenwald**                                  Date **January  4, 2016**
Signature of attorney for debtor                                  MM / DD / YYYY

**Wayne M. Greenwald**
Printed name

**Wayne Greenwald, P.C.**
Firm name

**475 Park Avenue South**
**26th Floor**
**New York, NY 10016**
Number, Street, City, State & ZIP Code

Contact phone  **212-983-1922**     Email address  **Grimlawyers@aol.com**

**WG6758**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sigma Builders Group, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

ACE Group
PO Box 5108
ACE North American Claims
Scranton, PA 18505-0554


Altitude Express Inc.
400 David Cour
d/b/a Skydive Long Island
Calverton, NY 11933


Antonio Cuaxiloa
38 West 32 Street
c/o Samuel & Stein
Suite 1110
New York, NY 10001


Augusto Hernandez
38 West 32 St. Ste. 1110
c/o Samuel & Stein
New York, NY 10001


Botto Mechanical, Corp
95 Commercial Street
Plainview, NY 11803


Daniel J. Martinez
38 West 32 Street
c/o Samuel & Stein
Suite 1110
New York, NY 10001


Estate of Anatasios Vlaho
35-07 28th Avenue
c/o Margarita Vlahos
Astoria, NY 11103


Fortino Ramos
38 West 32 St. Suite 1110
c/o Samuel & Stein
New York, NY 10001


Jaime Veliz
38 West 32 Street
c/o Samuel & Stein
Suite 1110
New York, NY 10001

Jorge Flores
38 West 32 Street
c/o Samuel & Stein
Suite 1110
New York, NY 10001

Juan Antonio Rosas
38 West 32 Street
c/o Samuel & Stein
Suite 1110
New York, NY 10001

Juan Urzua
38 West 32 Street
c/o Samuel & Stein
Suite 1110
New York, NY 10001

Kallen & Lemelson
520 8th Avenue
New York, NY 10018

Luis Javier Guadarrama
38 West 32 Street
c/o Samuel & Stein
Suite 1110
New York, NY 10001

Malverne Union Free Sch.
301 Wicks Lane
Attn: Spiro E. Colaitis
Asst. Sup. Dist Opers.
Malverne, NY 11565

Marco Linares
38 West 32nd St, Ste 1110
c/o Samuel & Stein
New York, NY 10001

Margarita Vlahos
35-07 28th Avenue
Astoria, NY 11103

Mikhail Borukhov
58-05 187th Street
Fresh Meadows, NY 11365

Moises Rivera
38 West 32 Street
c/o Samuel & Stein
Suite 1110
New York, NY 10001


PAL Envir. Safety Corp
11-02 Queens Plaza South
Long Island City, NY 11101


Palace Elec. Contractors
3558 Park Avenue, Wantagh
Wantagh, NY 11793


Piazza, Inc.
3 W Stevens Ave.
Hawthorne, NY 10532


RKL Bldg Spec. Co., Inc.
15-30 131st Street
College Point, NY 11356


Roslyn Union Free School
PO Box 367
Roslyn, NY 11576


Roslyn Union Free School
300 Harbor Hill Road
Roslyn, NY 11576


Rye Neck Schools
310 Hornidge Road
Attn: Peter Mustich
Superintendent
Mamaroneck, NY 10543


Saul D. Zabell
One Corporate Drive, Ste
Zabell & Associates, PC
Bohemia, NY 11716


Tierney & Courtney ODS Co
355 Willis Avenue
Overhead Door Sales
Mineola, NY 11501

United Rentals
PO Box 100711
Atlanta, GA 30384-0711


US Dept of Labor
201 Varick Street, Rm 983
New York, NY 10014


Wells Fargo Bank
65 S.W. Bond Street
Ste. 210
Bend, OR 97702


Williams Scotsman, Inc.
PO Box 91975
Chicago, IL 60693-1975


Yonkers Public Schools
40 South Bdwy,
c/o M.V. Curti, Esq.
City Hall Rm 300
Yonkers, NY 10701-3883

# United States Bankruptcy Court
## Eastern District of New York

In re  **Sigma Builders Group, Inc.**                                                Case No.
                                            Debtor(s)                                Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Sigma Builders Group, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January  4, 2016** | **/s/ Wayne M. Greenwald** |
| Date | **Wayne M. Greenwald** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Sigma Builders Group, Inc.** |
| | **Wayne Greenwald, P.C.** |
| | **475 Park Avenue South** |
| | **26th Floor** |
| | **New York, NY 10016** |
| | **212-983-1922 Fax:212-983-1965** |
| | **Grimlawyers@aol.com** |