**WAYNE GREENWALD, P.C.**
*Attorneys for the Debtor,*
*Sigma Builders Group, Inc.,*
475 Park Avenue South - 26th Floor
New York, New York 10016
212-983-1922

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re                                                          Case No.: 15-

SIGMA BUILDERS GROUP, INC.,          In Proceedings for
                                                                   Reorganization under
                                    Debtor.                Chapter 11
---------------------------------------------------------X

### DECLARATION OF TOM VLAHOS
### IN SUPPORT OF THE DEBTOR'S MOTION TO RETAIN
### WAYNE GREENWALD, P,C, AS THE DEBTOR'S ATTORNEYS

Tom Vlahos declares:

1.  I am a manager of the Debtor.

2.  I have personal knowledge of the facts stated herein.

3.  I submit this declaration in support of the Debtor's motion to retain

4.  Wayne Greenwald, P.C. (sometimes referred to as "WGPC"), as its attorneys in this case.

5.  I agreed to pay WGPC $15,000 of its Initial Retainer in this case.

6.  As demonstrated by the motion to retain WGPC, the payment arrangement was fully disclosed to the Debtor and it consents o this arrangement.

7.  I acknowledge that notwithstanding my paying a portion of the Initial Retainer in this case, WGPC represents the Debtor, first and foremost, not

me.

8. I understand that WGPC's duties and loyalty are to the Debtor alone and not to me.

9. If I require an attorney in connection with this case, I shall retain my own, independent counsel.

10. I am contributing to the Initial Retainer because the Debtor lacks the liquid assets to pay the Initial Retainer to WGPC.

11. I declare the foregoing statements of fact to be true and correct under penalties of perjury, pursuant to 28 U.S.C. § 1746.

Dated: New York, NY
       January 4, 2016

                                       /s/ Tom Vlahos
                                       Tom Vlahos