# United States Bankruptcy Court
Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

IN RE:                                                                                                        CASE NO: 1−16−40013−cec

Sigma Builders Group, Inc.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                           CHAPTER: 11

11−3543604

DEBTOR(s)

## NOTICE OF DEFICIENT FILING – CHAPTER 11 NON−INDIVIDUAL

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above−referenced debtor(s) on January 4, 2016, did not include the following item(s):

**DOCUMENTS DUE AT TIME OF FILING OF BANKRUPTCY PETITION**

- ☐ Voluntary Petition for Non−Individuals Filing For Bankruptcy (Official Form 201) (Signed)(Original)
- ☐ Attachment to Voluntary Petition for Non−Individuals Filing For Bankruptcy Under Chapter 11 (required only if the debtor is filing under Chapter 11 and is required to file periodic reports with the Securities and Exchange Commission) (Official Form 201A)
- ☐ List of Creditors (Certified by Attorney or Debtor, if Pro−Se) Typed (Name and Address **ONLY**)
- ☐ Creditor Matrix Pursuant to Local Bankruptcy Rule 1007−3
- ☑ Statement Pursuant to Local Bankruptcy Rule 1073−2(b)
- ☐ Partnership Statement Pursuant to Local Bankrutpcy Rule 1074−1(b) (Partnership Only)
- ☐ Corporate Resolution Pursuant to Local Bankruptcy Rule 1074−1(a)
- ☑ Corporate Ownership Statement Pursuant to Federal Bankruptcy Rule 1007(a)(1)
- ☐ Corporate Disclosure Statement Pursuant to Federal Bankruptcy Rule 1073−3
- ☐ For Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)(Signed by Debtor)
- ☑ Affidavit Pursuant to Local Bankruptcy Rule 1007−4

**DOCUMENTS DUE WITHIN FOURTEEN (14) DAYS OF FILING OF BANKRUPTCY PETITION**

- ☑ Disclosure of Compensation of Attorney for Debtor (Official Form 2030) (Due Within 14 Days))

**[Continued on other side of page]**

| | |
|---|---|
| ☑ | Summary of Assets and Liabilities for Non Individuals (Official Form 206Sum) |
| ☑ | Schedule A/B (Assets – Real and Personal Property) (Official Form 206A/B) |
| ☐ | Schedule D (Creditors Who Have Claims Secured by Property) (Official Form 206D) |
| ☐ | Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 206E/F) |
| ☑ | Schedule G (Executory Contracts and Unexpired Leases) (Official Form 206G) |
| ☑ | Schedule H (Codebtors) (Official Form 206H) |
| ☑ | Declaration Under Penalty of Perjury for Non–Individual Debtors (Official Form 202) |
| ☑ | List of Equity Security Holders and Addresses (Corporation Only) |
| ☑ | Statement of Financial Affairs for Non–Individuals Filing for Bankruptcy (Official Form 207) |
| ☑ | Most recent balance sheet, statement of operations, cash–flow statement, and Federal income tax return, or a statement that none of the foregoing have been prepared or filed (Small Business Only) **(Due Within 7 Days)** |

## YOUR CASE MAY BE DISMISSED IF
## YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of this bankruptcy petition are not timely filed with the Court.

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4)*.

**FURTHER NOTICE IS GIVEN THAT** the debtor must serve copies of the Chapter 11 petition on the United States Trustee, Internal Revenue Service and Securities and Exchange Commission (see addresses below).

| **BROOKLYN CASES** | **CENTRAL ISLIP CASES** |
|---|---|
| Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10014 | Office of the United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza<br>Central Islip, New York 11722 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101–7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101–7346 |
| Securities & Exchange Commission<br>Northeast Regional Office<br>Woolworth Building<br>233 Broadway<br>New York, New York 10279 | Securities & Exchange Commission<br>Northeast Regional Office<br>Woolworth Building<br>233 Broadway<br>New York, New York 10279 |

Dated: January 6, 2016                                                          For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdef11a7r.jsp** [Notice of Deficient Filing Chapter 11 Individual effective 12/1/2015]