# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: adobson | Date Created: 1/6/2016 |
| Case: 1−16−40013−cec | Form ID: 764 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty         Wayne M Greenwald         grimlawyers@aol.com

                                                                                                                                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Sigma Builders Group, Inc.         30−29 Steinway Street         Astoria, NY 11103
smg         Office of the United States Trustee         Eastern District of NY (Brooklyn Office)         U.S. Federal Office
            Building         201 Varick Street, Suite 1006         New York, NY 10014

                                                                                                                                                       TOTAL: 2