# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: adobson | Date Created: 1/6/2016 |
| Case: 1–16–40013–cec | Form ID: 245 | Total: 41 |

**Recipients of Notice of Electronic Filing:**
aty        Wayne M Greenwald        grimlawyers@aol.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Sigma Builders Group, Inc.        30–29 Steinway Street        Astoria, NY 11103
smg       United States of America        Secretary of the Treasury        15th Street & Pennsylvania Ave. NW        Washington, DC 20220
smg       NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg       NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg       Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101–7346
smg       NYC Department of Finance        345 Adams Street, 3rd Floor        Attn: Legal Affairs – Devora Cohn        Brooklyn, NY 11201
smg       Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014
8724816   ACE Group        PO Box 5108        ACE North American Claims        Scranton, PA 18505–0554
8724817   Altitude Express Inc.        400 David Cour        d/b/a Skydive Long Island        Calverton, NY 11933
8724818   Antonio Cuaxiloa        38 West 32 Street        c/o Samuel & Stein        Suite 1110        New York, NY 10001
8724819   Augusto Hernandez        38 West 32 St. Ste. 1110        c/o Samuel & Stein        New York, NY 10001
8724820   Botto Mechanical, Corp        95 Commercial Street        Plainview, NY 11803
8724821   Daniel J. Martinez        38 West 32 Street        c/o Samuel & Stein        Suite 1110        New York, NY 10001
8724822   Estate of Anatasios Vlaho        35–07 28th Avenue        c/o Margarita Vlahos        Astoria, NY 11103
8724823   Fortino Ramos        38 West 32 St. Suite 1110        c/o Samuel & Stein        New York, NY 10001
8724824   Jaime Veliz        38 West 32 Street        c/o Samuel & Stein        Suite 1110        New York, NY 10001
8724825   Jorge Flores        38 West 32 Street        c/o Samuel & Stein        Suite 1110        New York, NY 10001
8724826   Juan Antonio Rosas        38 West 32 Street        c/o Samuel & Stein        Suite 1110        New York, NY 10001
8724827   Juan Urzua        38 West 32 Street        c/o Samuel & Stein        Suite 1110        New York, NY 10001
8724828   Kallen & Lemelson        520 8th Avenue        New York, NY 10018
8724829   Luis Javier Guadarrama        38 West 32 Street        c/o Samuel & Stein        Suite 1110        New York, NY 10001
8724830   Malverne Union Free Sch.        301 Wicks Lane        Attn: Spiro E. Colaitis        Asst. Sup. Dist Opers.        Malverne, NY 11565
8724831   Marco Linares        38 West 32nd St, Ste 1110        c/o Samuel & Stein        New York, NY 10001
8724832   Margarita Vlahos        35–07 28th Avenue        Astoria, NY 11103
8724833   Mikhail Borukhov        58–05 187th Street        Fresh Meadows, NY 11365
8724834   Moises Rivera        38 West 32 Street        c/o Samuel & Stein        Suite 1110        New York, NY 10001
8724835   PAL Envir. Safety Corp        11–02 Queens Plaza South        Long Island City, NY 11101
8724836   Palace Elec. Contractors        3558 Park Avenue, Wantagh        Wantagh, NY 11793
8724837   Piazza, Inc.        3 W Stevens Ave.        Hawthorne, NY 10532
8724838   RKL Bldg Spec. Co., Inc.        15–30 131st Street        College Point, NY 11356
8724840   Roslyn Union Free School        300 Harbor Hill Road        Roslyn, NY 11576
8724839   Roslyn Union Free School        PO Box 367        Roslyn, NY 11576
8724841   Rye Neck Schools        310 Hornidge Road        Attn: Peter Mustich        Superintendent        Mamaroneck, NY 10543
8724842   Saul D. Zabell        One Corporate Drive, Ste        Zabell & Associates, PC        Bohemia, NY 11716
8724843   Tierney & Courtney ODS Co        355 Willis Avenue        Overhead Door Sales        Mineola, NY 11501
8724845   US Dept of Labor        201 Varick Street, Rm 983        New York, NY 10014
8724844   United Rentals        PO Box 100711        Atlanta, GA 30384–0711
8724846   Wells Fargo Bank        65 S.W. Bond Street        Ste. 210        Bend, OR 97702
8724847   Williams Scotsman, Inc.        PO Box 91975        Chicago, IL 60693–1975
8724848   Yonkers Public Schools        40 South Bdwy,        c/o M.V. Curti, Esq.        City Hall Rm 300        Yonkers, NY 10701–3883

TOTAL: 40